UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID L. WOMACK,<br><br>Defendant. | No. 2:14-CR-021-RMP-8<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

At the April 1, 2014, hearing on Defendant's Motion for consideration, ECF No. 453, Assistant U.S. Attorney George J.C. Jacobs, III, appeared for the United States. Defendant was present, in custody, with counsel Jeffrey S. Niesen.

The United States, in seeking Defendant's detention, contended Defendant, if released, would present a risk of flight and a danger to the safety of the community. Both sides presented argument.

This Court has taken into account the evidence, testimony and information produced at this hearing concerning the nature and circumstances of the offense charged, the weight of the evidence against the Defendant, his history and characteristics, including character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to alcohol and drug abuse, criminal

ORDER - 1

history, record concerning appearance at court proceedings, and the nature and seriousness of the danger to the community posed by Defendant's release.

Based on the Pretrial Services Report, and proffer of the parties, the court finds there is a lack of sufficient reliable information that would allow conditions of release to be set. In the past, Defendant has provided unreliable responses to requests for information by authorities. There also is inconsistent information contained in the Pretrial Services Report.

This Court finds there is probable cause Defendant has committed an offense for which a maximum term of imprisonment of ten years or more is prescribed under the Controlled Substance Act. This Court finds Defendant has not rebutted the 18 U.S.C. § 3142(e) presumption and has met the burden of production, establishing there are conditions which will reasonably assure his appearance.

This Court makes no findings as to the safety of other persons or the community, but finds the United States has established by the required preponderance of evidence an absence of conditions or combination of conditions that would reasonably assure this Defendant's presence at trial.

**IT IS ORDERED:**

1. The Defendant's Motion for Reconsideration, **ECF No. 453**, is **DENIED**. Defendant shall be held in detention pending disposition of this case or until further order of the court.

2. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be afforded reasonable opportunity for private consultation with his counsel.

4. If the Defendant seeks review of this Order pursuant to 18 U.S.C. § 3145(b), attorney for Defendant shall file a written motion for revocation or amendment of this Order within ten (10) days before the district judge to whom

ORDER - 2

this case is assigned and note it for hearing at the earliest possible date. Both parties are responsible to ensure the motion is determined promptly.

DATED April 1, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 3